# UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - Court Decision Requested

| | |
|---|---|
| Name of Offender: | Robert Hague-Rogers |
| Case No.: | 3:11-CR-038-L (01) |
| Name of Sentencing Judge: | U.S. District Judge Sam A. Lindsay |
| Date of Original Sentence: | October 30, 2012 |
| Original Offense: | Count 1: Conspiracy to Commit Theft or Embezzlement From an Employee Benefit Plan, in violation of 18 U.S.C. §§ 371 and 664, a Class D felony; Count 2: Conspiracy to Commit Healthcare Fraud, in violation of 18 U.S.C. §§ 371 and 1347, a Class D felony. |
| Original Sentence: | 60 months on both Counts 1 and 2, to run consecutive to each other for a total of 120 months custody, 3-year term of supervised release on each case to run concurrently with each other. |
| Revocations: | None |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | N.A. |
| Assistant U.S. Attorney: | Errin Martin & Sean Robert McKenna |
| Defense Attorney: | J. Stephen Hunnicutt (Court appointed) |

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

On July 7, 2020, the Federal Bureau of Prisons (BOP) informed the U.S. Probation Office that Robert Hague-Rogers, an inmate who was incarcerated at the Federal Medical Center in Fort Worth, Texas, died on July 3, 2020. On July 3, 2020 at 5:38am, Mr. Hague-Rogers was pronounced dead at Kindred Hospital-Intensive Care Unit in Fort Worth, Texas, as a result of Cardiopulmonary Arrest.

A Death Certificate could not be attained through the Tarrant County Medical Examiner's Office at this time; however, additional BOP records and online sources confirmed this information. The correspondence provided by BOP Warden Eric D. Wilson is attached for the Court's consideration.

## II.

The probation officer recommends the following action for the Court to consider:

The U.S. Probation Office is providing notice of Mr. Hague-Rogers' death and it is respectfully requested interest in this case be closed.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on July 23, 2020
Respectfully submitted,

s/Jennifer Morris
Supervising U.S. Probation Officer
214-753-2485
Prepared By: Samantha Lee
U.S. Probation Technician
469-357-1053

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Disagrees with the recommendation of the probation officer.

☐ Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Directs the probation officer to submit a request for a warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

The Honorable Sam A. Lindsay
U.S. District Judge

July 24, 2020
Date

SL

* Attachment